MARK B. JACKSON
Douglas County District Attorney
Zachary J. Wadlé
Deputy District Attorney
Nevada Bar No. 8711
Douglas County District Attorney's Office
1038 Buckeye Road
P.O. Box 218
Minden, Nevada 89423
775-782-9803
zwadle@douglas.nv.gov
*Attorney for Douglas County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SS MANAGEMENT, LLC; DOES AND ROES
CORPORATION 1-100,

                    Plaintiffs,

v.

DOUGLAS COUNTY, a political subdivision of
the State of Nevada; COMMISSIONER
WESLEY RICE, in his individual and official
capacity; COMMISSIONER MARK
GARDNER, in his individual and official
capacity; COMMISSIONER DANNY
TARKANIAN, in his individual and official
capacity; COMMISSIONER SHARLA HALES,
in her individual and official capacity;
COMMISSIONER NATHAN TOLBERT, in his
individual and official capacity; DOES 1
THROUGH 100, AND DOES AND ROES
CORPORATIONS 1 THROUGH 100 inclusive.

                    Defendants

Case No.: 3:25-cv-00555-CLB

**ORDER GRANTING STIPULATION TO
EXTEND TIME FOR DOUGLAS
COUNTY DEFENDANTS TO FILE
RESPONSE TO PLAINTIFF'S FIRST
AMENDED COMPLAINT**
**(First Request)**

Pursuant to Federal Rule of Civil Procedure (FRCP) 6(b) and Local Rule IA 6-1, Defendants, Douglas County, Commissioner Wesley Rice, Commissioner Mark Gardner, Commissioner Danny Tarkanian, Commissioner Sharla Hales, and Commissioner Nathan Tolbert, (collectively "Douglas County Defendants") and Plaintiff SS Management, LLC ("Plaintiff) hereby stipulate and agree as follows:

1

Douglas County District Attorney
Post Office Box 218
Minden, Nevada 89423
(775) 782-9803 Fax (775) 783-6490

1. Plaintiff filed its First Amended Complaint on May 22, 2026.

2. Pursuant to FRCP 15(a)(3), the Douglas County Defendants are due to respond to Plaintiff's First Amended Complaint on or before June 4, 2026.

3. Due to the calendar of the Douglas County Defendants' legal counsel, the Douglas County Defendants cannot prepare and file their response to Plaintiff's First Amended Complaint by June 4, 2026. The Douglas County Defendants are also in the process of determining the possible referral of this matter to outside legal counsel.

4. The parties agree that the Douglas County Defendants shall have until June 26, 2026 to file their response to Plaintiff's First Amended Complaint.

5. This is the first request for an extension of the Douglas County Defendants' deadline to file their response to Plaintiff's First Amended Complaint. This stipulation is made in good faith and not for purpose of delay.

6. This stipulation does not alter the date of any hearing currently scheduled in this matter.

DATED this 1st day of June, 2026.

MARK B. JACKSON
Douglas County District Attorney

By: /s/ Zachary Wadlé
Zachary J. Wadlé, Deputy District Attorney
zwadle@douglas.nv.gov
*Attorneys for Douglas County Defendants*

DATED this 1st day of June, 2026

KAEMPFER CROWELL

By: /s/ Keith Williams
Keith Williams, Esq.
kwilliams@kcnvlaw.com
Attorneys for Plaintiff SS Management, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: June 1, 2026.

2