KAEMPFER CROWELL
Keith Williams, No. 10796
Micah K. Mtatabikwa-Walker, No. 13731
Brett Pilling, No. 15981
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: kwilliams@kcnvlaw.com
Email: mwalker@kcnvlaw.com
Email: bpilling@kcnvlaw.com

Attorneys for Plaintiff
SS Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SS MANAGEMENT, LLC; DOES AND ROES CORPORATION 1-100<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; COMMISSIONER WESLEY RICE, in his individual and official capacity; COMMISSIONER MARK GARDNER, in his individual and official capacity; COMMISSIONER DANNY TARKANIAN, in his individual and official, capacity; COMMISSIONER SHARLA HALES, in her individual and official capacity; COMMISSIONER NATHAN TOLBERT, in his individual and official capacity; DOES 1 THROUGH 100, AND DOES AND ROES CORPORATIONS 1 THROUGH 100 inclusive,<br><br>Defendants. | Case No.  3:25-cv-00555-CLB<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND BREFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>[ECF No. 34] |

KAEMPFER
CROWELL

22467.1

Plaintiff SS Management, LLC ("Plaintiff") and defendant Douglas County, and individual defendants Commissioner Wesley Rice, Commissioner Mark Gardner, Commissioner Danny Tarkanian, Commissioner Sharla Hales, and Commissioner Nathan Tolbert (collectively "Defendants") (together, the "Parties") stipulate to a short extension for Plaintiffs to respond to Defendants' Motion to Dismiss Verified Complaint (ECF No. 32) by 10 days, from July 10, 2026 to July 20, 2026.  The Parties further stipulate that Defendants' reply brief be extended to July 27, 2026.

***CONTINUED ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

KAEMPFER

CROWELL

22467.1

The reason for this extension request is to accommodate a scheduling conflict on Plaintiff's counsel's calendar. The Parties offer this stipulation in good faith and not for the purposes of delay. This is the first extension request in connection to this briefing.

KAEMPFER CROWELL

_____
Keith Williams, No. 10796
Micah Mtatabikwa-Walker, No. 13731
Brett Pilling, No. 15981
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff
SS Management, LLC

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Nicholas F. Adams
_____
Sheri M. Thome, No. 8657
Nicholas F. Adams, No. 14813
6689 Las Vegas Blvd South, Suite 200
Las Vegas, Nevada 89119

DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE
Zachary J. Wadle, No. 8711
Deputy District Attorney
1038 Buckeye Road
Minden, Nevada 89423

Attorneys for Douglas County and Douglas County Individual Defendants

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 8, 2026
_____

KAEMPFER
CROWELL

22467.1