Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com

and

Mark B. Jackson, Esq.
Douglas County District Attorney
Zachary J. Wadlé, Esq.
Deputy District Attorney
Nevada Bar No. 8711
Douglas County District Attorney's Office
1038 Buckeye Road
P.O. Box 218
Minden, Nevada 89423
775-782-9803
zwadle@douglas.nv.gov
*Attorneys for Douglas County Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SS MANAGEMENT, LLC; DOES AND ROES CORPORATION 1-100

Plaintiffs,

vs.

DOUGLAS County, a political subdivision of the State of Nevada; COMMISSIONER WESLEY RICE, in his individual and her official capacity; COMMISSIONER MARK GARDNER, in his individual and official capacity; COMMISSIONER DANNY TARKANIAN, in his individual and official, capacity; COMMISSIONER SHARLA HALES, in her individual and official capacity; COMMISSIONER NATHAN TOLBERT, in his individual and official capacity; DOES 1 THROUGH 100, AND DOES AND ROES CORPORATIONS 1 THOUGH 100 inclusive,

Defendants.

Case No.: 3:25-cv-00555-CLB

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

**[FIRST REQUEST]**

. . .

It is hereby stipulated and agreed between Plaintiff SS Management and Defendants Douglas County, Commissioner Wesley Rice, Commissioner Mark Gardner, Commissioner Danny Tarkanian, and Commissioner Sharla Hales (collectively, "Defendants"),[1] by and through their undersigned counsel, that Defendants may have additional time to answer or otherwise respond to Plaintiff's Second Amended Complaint. This stipulation is made pursuant to Federal Rule of Civil Procedure (FRCP) 6(b) and Local Rule IA 6-1.

Plaintiff's Second Amended Complaint was filed October 26, 2026; the deadline to respond was originally set for November 9, 2026. Good cause exists for this extension, as the handling attorney for Defendants began trial in an unrelated matter on November 2, 2026. A modest extension will give the colleagues covering his matters sufficient time to assess the Second Amended Complaint and respond.

Therefore, it is stipulated between the parties that the last day for Defendants to answer or otherwise respond to the Second Amended Complaint is **November 23, 2026**.

\\

\\

\\

[1] Commissioner Tolbert has been dismissed. *See* ECF 039.

This is the first request for an extension made by Defendants as to the Second Amended Complaint.

Respectfully submitted by:

DATED this 5th day of November, 2026.

**KAEMPFER CROWELL**

By: */s/ Keith D. Williams*__________
Keith D. Williams, Esq.
Nevada Bar No. 10796
Brett Pilling, Esq.
Nevada Bar No. 15981
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Plaintiff SS Management, LLC*

DATED this 5th day of November, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*__________
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Douglas County Defendants*

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants shall answer or otherwise respond to Plaintiff's Second Amended Complaint on or before November 23, 2026.

DATED this 9th day of November, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE